Form a0nopymt
(Rev. 5/17)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

| | |
|---|---|
| In Re:    Sakea Monea Alfred | Case No.: 2:20−bk−50369 |
| Debtor(s) | Chapter:  7 |
| SSN/TAX ID:<br>    xxx−xx−5460 | Judge:  John E. Hoffman Jr. |

---

**NOTICE OF OVERDUE INSTALLMENT PAYMENT**
**AND IMMINENT DISMISSAL OF CASE**

   An Order Approving Payment of Filing Fee in Installments was previously entered.  A payment scheduled to be made has not been received.

   **NOTICE TO THE DEBTOR: Notice is hereby given that if the outstanding payment is not received by the clerk's office on or before May 8, 2020, this case will be dismissed.**

   **NOTICE TO THE TRUSTEE, UNITED STATES TRUSTEE, AND PARTIES APPEARING IN THE CASE: If there is any reason why this case should not be dismissed for failure of the Debtor(s) to pay the overdue installment payment, a response to this Notice must be filed. Failure to respond will result in this case being dismissed without further notice.**

Dated: April 24, 2020

                    FOR THE COURT:
                    Richard B. Jones
                    Clerk, United States Bankruptcy Court